IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY EDWARD WHITE
a/k/a KEVIN SHANNON,
    Plaintiff,

vs.                               Case No.: 3:05cv171/RV/EMT

OKALOOSA BOARD OF COUNTY
COMMISSIONERS, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 7, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's case is **DISMISSED** without prejudice to its refiling accompanied by full payment of the $250.00 filing fee.

**DONE AND ORDERED** this 20th day of July, 2005.

                                                /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **UNITED STATES SENIOR JUDGE**